UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FARAJ FARAJ,

    Plaintiff,

v.                                              Case No: 8:13-cv-2685-T-35JSS

CHRIS LAFRAMBOISE,

    Defendant.
_____/

**ORDER ON DEFENDANT'S
MOTION TO COMPEL DISCOVERY RESPONSES**

THIS MATTER is before the Court on Defendant's Motion to Compel Discovery Responses to provide responses to Defendant's interrogatories and request for production. (Dkt. 24.) Plaintiff has failed to file a response to the motion. Consequently, the Court presumes Plaintiff has no objection to Defendant's motion. *See* M.D. Fla. Local R. 3.01(b). Accordingly it is

    **ORDERED**:

    1. Defendant's Motion to Compel Discovery Responses (Dkt. 24) is **GRANTED**.

    2. Plaintiff shall produce all documents responsive to Defendant's request for production and provide responses to Defendant's interrogatory requests within fourteen (14) days of the date of this Order.

    **DONE** and **ORDERED** in Tampa, Florida on August 20, 2015.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record